tious conduct is compensable for traditional tort law for conduct marked by violence and imminent threats to the public order. *Gibbs,* 383 U.S. at 721, 86 S.Ct. at 1136.

The present instructions provided the jury with a "roving commission" to find appellant liable based on the impermissible violence *or* on activity which is subject to the preemption of the L.M.R.A., not a proper basis for tort liability. *L.S. Douglas v. Hoeh,* 595 S.W.2d 434, 437 (Mo.App., E.D. 1980).

The remainder of appellant's points on appeal need not be addressed. The judgment of the trial court is reversed and the cause remanded.

CRIST and SIMON, JJ., concur.

evidentiary hearing. On October 5, 1989, the court sentenced movant as to prior and persistent offender to seven years imprisonment on his plea of guilty to the felony of robbery in the second degree, § 569.030 RSMo 1986. He was delivered to the department of corrections on October 6, 1989. On March 1, 1990, movant filed a pro se motion. The motion was untimely because it was filed more than ninety days after movant was delivered to the department of corrections. Rule 24.035(b). Movant's motion is time barred by the provisions of the rule. *See Day v. State,* 770 S.W.2d 692, 695 (Mo. banc 1989), *cert. denied,* —— U.S. ——, 110 S.Ct. 186, 107 L.Ed.2d 141 (1989).

We affirm. Rule 84.16(b).

Larry WILSON, Movant,

v.

STATE of Missouri, Respondent.

No. 58826.

Missouri Court of Appeals, Eastern District, Division One.

Feb. 13, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 26, 1991.

Application to Transfer Denied May 3, 1991.

Cheryl Rafert, St. Louis, for movant.

William L. Webster, Atty. Gen., Joan F. Gummels, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM.

Movant appeals denial of his Rule 24.035 motion for post conviction relief without an

Oscar JOHNER, Jr., Appellant,

v.

LABOR & INDUSTRIAL RELATIONS COMMISSION, Hannelore D. Fischer, Robert L. Fowler, Lester L. Watkins, R. Johner, P. McKee, C. Novotny, R. Schwettman, M. Newkirk, and G. Johner, Respondents.

No. 58183.

Missouri Court of Appeals, Eastern District, Division One.

Feb. 26, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 8, 1991.

